**WMHW** | **WALDEN MACHT HARAN & WILLIAMS LLP**

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

April 9, 2025

**Via ECF**
Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    United States v. Patron Sanchez, 16-cr-241 (CBA)

Dear Judge Amon:

As the Court is aware, I, along with my colleague, was appointed to represent the defendant Jesus Ricardo Patron Sanchez pursuant to the Criminal Justice Act. In advance of our next status conference on Thursday, April 10, 2025, I wish to advise the Court that Mr. Patron Sanchez recently informed me in substance that he has lost confidence in my representation and requests that the Court appoint new counsel. Based on my experience during several in-person meetings and communications with Mr. Patron Sanchez since our last status conference, I agree that we have fundamental differences, have reached an impasse, and believe it is in his best interest to have new counsel. I will be prepared to address these matters further at the April 10 status conference and, if the Court would find it helpful, can offer additional detail in an *ex parte* submission.

Thank you for your consideration.

Respectfully submitted.

*/s/ John Curran*

John Curran
Samuel Rosh
*Counsel for Jesus Ricardo Patron Sanchez*