UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 4/11/25             TIME: 10:00am (30mins)

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR16-00241

DEFENDANT: Jesus Ricardo Patron-Sanchez-c   ATTORNEY: John F. Curran, Esq.

DEFENDANT:                                  ATTORNEY:

DEFENDANT:                                  ATTORNEY:

ASSISTANT U.S. ATTORNEY: Raffaela Belizaire

COURT REPORTER: Stacy Mace

INTERPRETER: Mario Michelena- Spanish

PROBATION OFFICER:

PRETRIAL OFFICERS:                          DEPUTY: T. Campbell

Conference held.
The court will appoint new counsel at the next status conference.
OED ent'd (New counsel).
Further status conference is set for 4/16/25 at 10:00AM.